Appeal No. 76-47. RICHARD A. SULLIVAN, JR., *et al. v.* JOHN E. FARIA, *et al.* The above-entitled matter came on to be heard on February 6, 1978, to show cause why it should

not be dismissed for lack of prosecution for failure to comply with Rule 16 of the Rhode Island Supreme Court.

No cause having been shown, the plaintiffs' appeal is hereby dismissed. *John G. Coffey, Jr.* for plaintiffs. *Emilio D. Iannuccillo, John P. Cooney, Jr.*, for defendants.

No cause having been shown, the plaintiff's appeal is hereby dismissed. *Paul C. Borges*, for plaintiff. *James J. McGair*, for defendant.